COM.

v.

WALLACE, C.

672 WDA 2016

Superior Court of Pennsylvania.

05/01/2017

CP–02–SA–0001628–2015
(Allegheny)

Appeal Dismissed

COM.

v.

PLACEK, J.

729 WDA 2016

Superior Court of Pennsylvania.

5/1/2017

CP–65–SA–0000502–2015
(Westmoreland)

Affirmed/Vacated

COM.

v.

OUTLAW, R.

1530 EDA 2015

Superior Court of Pennsylvania.

05/02/2017

CP–51–CR–1101321–2003
(Philadelphia)

Vacated/Remanded

COM.

v.

SMITH, S.

3274 EDA 2015

Superior Court of Pennsylvania.

05/02/2017

CP–51–CR–0012875–2014 (Philadelphia)

Affirmed